# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** vs. **Amadeo Sarabia Jr.** | Case No. 1:22-cr-00062-JLT/SKO-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Amadeo Sarabia Jr._____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  1-26-23
Signature of Defendant    Date

_____[signature Francisco Guerrero]_____  January 25, 2023
Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____    1/26/2023
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____    1/26/2023
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 1/27/2023.
[ ] The above modification of conditions of release is *not* ordered.

_____Sheila K. Oberto_____    1/26/2023
Signature of Judicial Officer    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services