**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones (SBN 105811)

Attorneys for: Defendant Amadeo Sarabia

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMADEO SARABIA<br><br>Defendant. | Case No. 1:22 CR 00062-2-JLT-SKO<br><br>**AMENDED STIPULATION TO EXONERATE CASH BOND; ORDER THERETO** |

Defendant, AMADEO SARABIA, by and through counsel, Peter M. Jones, and Plaintiff UNITED STATES OF AMERICA, by and through counsel, Phillip M. Talbert and his associate, Justin Gilio, hereby stipulate as follows:

That the $10,000 cash bond be exonerated and returned to Maritza Sarabia.

### DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Amadeo Sarabia, the defendant in the above-entitled action.

2. On April 7, 2022, a $10,000 cash bond was ordered in the above entitled action, to secure the release of Mr. Sarabia.

3. On April 11, 2022, a cash bond in the amount of $10,000 was posted by Maritza Sarabia, and he was released from custody on that bond, with additional terms and conditions.

4. I have contacted AUSA Justin Gilio, and he has agreed to stipulate to the exoneration of the $10,000 cash bond. (Receipt # CAE100050360.)

Defendant Amadeo Sarabia self-surrendered, as ordered, on March 13, 2024, and is currently serving his sentence at FPC Yankton in South Dakota. He hereby requests that this Court order the exoneration of the $10,000 cash bond posted on his behalf by Maritza Sarabia.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California on April 10, 2024.

Dated: April 19, 2024              Respectfully submitted,

                                    By: */s/ Peter M. Jones*
                                        Peter M. Jones
                                        Attorneys for AMADEO SARABIA

Dated: April 19, 2024              Respectfully submitted,

                                    By: */s/ Justin Gilio*
                                        Justin Gilio
                                        Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court shall exonerate the $10,000 cash bond plus accrued interest (receipt # CAE100050360) posted by Maritza Sarabia payable to and mailed to Maritza Sarabia at 2011 W. Cornell Avenue, Fresno, CA 93705.

**IT IS SO ORDERED.**

Dated: April 19, 2024              By: *Sheila K. Oberto*
                                        United States Magistrate Judge